IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-238-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRANDON GREENWOOD, | ) | |
| | ) | |
| Defendant. | ) | |

Brandon Greenwood filed a motion to have his Presentence Investigation Report ("PSR") unsealed and a copy mailed to him [D.E. 353]. The court has reviewed the motion. Defendant has exhausted his appeals and there is no reason at this time to unseal the PSR or to provide a copy of the PSR to him. Defendant's motion [D.E. 353] is DENIED.

SO ORDERED. This 11 day of June 2021.

JAMES C. DEVER III
United States District Judge